1  **GREGORY P. WONG (SBN: 204502)**
   **JOHN F. LITWIN (SBN: 301611)**
2  **BARKHORDARIAN LAW FIRM, PLC**
   6047 Bristol Parkway, Second Floor
3  Culver City, CA 90230
   Telephone: (323) 450-2777
4  Email: John@barklawfirm.com

5  **Attorneys for Plaintiff**
   **Jose Valladares**
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JOSE VALLADARES, an Individual,          CASE NO 2:22-cv-03052-DSF-SK

12        Plaintiff,                         Assigned to Hon. Judge Dale S. Fischer

13        vs.

14  SMITHFIELD PACKAGED MEATS              **NOTICE OF SETTLEMENT OF**
    CORP., a Delaware Corporation; and     **ENTIRE ACTION**
15  DOES 1 through 100, inclusive,

16
        Defendants.
17                                          Complaint Filed: January 25, 2022
18                                          Complaint Removed: May 9, 2022
                                            Trial Date:  Not yet set
19

20

21

22

23

24

25  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26        PLEASE TAKE NOTICE THAT Plaintiff Jose Valladares and Defendants

27  Smithfield Packaged Meats Corp. have reached a settlement in the above-referenced

28

case. A formal settlement agreement will be circulated between the parties for review and approval in the next couple of days. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed. Plaintiff anticipates a Dismissal Stipulation as to all parties and causes of action will be filed within forty-five (45) days or less.

DATED: June 14, 2022                              BARKHORDARIAN LAW FIRM, PLC

                                                  /s/ John F. Litwin
                                                  _____
                                                  Gregory P. Wong
                                                  John F. Litwin
                                                  Attorneys for Plaintiff
                                                  Jose Valladares

NOTICE OF SETTLEMENT                                                    2:22-CV-03052-DSF

PROOF OF SERVICE
(CCP §§ 1013(A) AND 2015.5)

State of California,

County of Los Angeles

Case No.: **2:22-cv-03052-DSF**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 6047 Bristol Parkway, Culver City, CA 90230.

On June 14, 2022, I served the foregoing document described as:

Notice of Settlement of Entire Case

on the interested parties in this action by placing same in a sealed envelope, as follows:

Andrea F Oxman
Jackson Lewis P.C
725 South Figueroa Street Suite 2500
Los Angeles, CA 90017

☐ **(BY MAIL)** – I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Culver City, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of business. I am fully aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

☒ **(BY E-MAIL) –** Based on a Court order or an agreement by the parties to accept service by e-mail or electronic transmission, I caused the documents described above to be sent by e-mail to the persons at the e-mail addresses listed above. I did not receive, within a reasonable amount of time after transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **(BY FACSIMILE)** – I caused the above described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number (310) 215.3416 indicating on all pages that they were transmitted.

☐ **(BY PERSONAL SERVICE)** – I caused such envelope(s) to be delivered by hand to Defendant.

☐ **(STATE)** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/*      Evelyn Monreal

EVELYN MONREAL