**GREGORY P. WONG (SBN: 204502)**
**JOHN F. LITWIN (SBN: 301611)**
**BARKHORDARIAN LAW FIRM, PLC**
6047 Bristol Parkway, Second Floor
Culver City, CA 90230
Telephone: (323) 450-2777
Email: John@barklawfirm.com

**Attorneys for Plaintiff**
**Jose Valladares**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VALLADARES, an Individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>SMITHFIELD PACKAGED MEATS CORP., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO 2:22-cv-03052-DSF-SK<br><br>Assigned to Hon. Judge Dale S. Fischer<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed: January 25, 2022<br>Complaint Removed: May 9, 2022<br>Trial Date: Not yet set |

TO THIS HONORABLE COURT:

The Parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree to the Dismissal with Prejudice of this action and all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: July 13, 2022                    BARKHORDARIAN LAW FIRM, PLC

                                                                      /s/ John F. Litwin

                                                                      Gregory P. Wong
                                                                      John F. Litwin
                                                                      Attorneys for Plaintiff
                                                                      Jose Valladares

DATED: July 13, 2022                    JACKSON LEWIS, P.C.

                                                                      /s/ Peter M. Waneis

                                                                      Andrea F. Oxman
                                                                      Peter M. Waneis
                                                                      Attorney for Defendant
                                                                      Smithfield Packaged Meats, Corp.